JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DUNG DINH, an individual; and QUANG LE, an individual,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>OPEN SEA, LLC, a California Limited Liability Company, and doing business as BLOSSOM RESTAURANT; DUC PHAM, an individual; and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No.: CV12-5326JFW (SHx)<br><br>**ORDER REMANDING CASE** |

　　　The Joint Stipulation regarding (A) Remand to Los Angeles Superior Court and (B) Voluntary Dismissal of Federal Claims (the "Stipulation") was filed on 03 July 2012.

　　　Having read the Stipulation, IT IS HEREBY ORDERED THAT:

　　　The case shall be remanded to the Superior Court of California for the County of Los Angeles.

　　　IT IS SO ORDERED

Date: July 5, 2012

　　　　　　　　　　　　　　　　　　　　　　/s/ John F. Walter
　　　　　　　　　　　　　　　　　　　　　　John F. Walter
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

- 1 -